## Commonwealth *v.* Ross, Appellant.

Argued September 19, 1973. *Leonard Sosnov,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, with him *James J. Wilson,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Triplett, Appellant.

Argued September 17, 1973. *Nicholas J. Nastasi,* for appellant; *David Richman,* Assistant District Attorney, with him *Milton M. Stein, James T. Ranney,* and *Bonnie Brigance Leadbetter,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

SPAULDING, J., absent.